Christopher D. Adams
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Tel. (973) 622-4444
cadams@mccarter.com
*Attorney for Defendant Enrico Cifelli*

Kevin Arthur Buchan
**BUCHAN & CARDAMON LLC**
750 Broad Street
Suite 202
Shrewsbury, NJ  07702
Tel. (732) 328-8700
kbuchan@bpclawnj.com
*Attorney for Defendant Michelle Bocchieri*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRICO CIFELLI and<br>MICHELLE BOCCIERI,<br><br>Defendants. | Criminal Action No: 3:22-cr-00172<br><br>Hon. Michael A. Shipp<br><br>**NOTICE OF DEFENDANTS' JOINT MOTION TO DISQUALIFY THE UNITED STATES ATTORNEY'S OFFICE** |

**TO:  ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that on February 2, 2026, or as soon thereafter as counsel may be heard, Defendants Enrico Cifelli ("Mr. Cifelli") and Michelle Bocchieri ("Ms. Bocchieri") (collectively, "Defendants") by and through their undersigned attorneys, shall jointly move before the Honorable Michael A. Shipp, U.S.D.J., at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order disqualifying the United States Attorney's Office for the District of New Jersey from prosecuting Defendants (the "Motion");

2

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely on the accompanying Letter Brief; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated:  January 9, 2026  By:  s/ *Christopher D. Adams*
Christopher D. Adams
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Tel. (973) 622-4444
cadams@mccarter.com
*Attorney for Defendant Enrico Cifelli*

*s/ Kevin Arthur Buchan*
Kevin Arthur Buchan
**BUCHAN & CARDAMON LLC**
750 Broad Street
Suite 202
Shrewsbury, NJ  07702
Tel. (732) 328-8700
kbuchan@bpclawnj.com
*Attorney for Defendant Michelle Bocchieri*